CR-14-24915

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/6/2015 12:07:06 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE 336ᵗʰ DISTRICT COURT |
| | § | |
| **vs.** | § | **OF** |
| | § | |
| **Thomas Hughley** | § | **FANNIN COUNTY, TEXAS** |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Thomas Hughley, the Defendant in the above-styled and numbered cause and gives his Notice of Appeal to the Sixth Court of Appeals of Texas from the judgment(s) rendered against him.

_/Thomas Hughley/_
Defendant
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was hand delivered to the Fannin County District Attorney's Office, Texas, on _____, 20___.

_Thomas Hughley_
DEFENDANT

1-Notice of Appeal-Hughley, Thomas